# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARVILLE MOWATT

    Plaintiff,

v.                                                                          CV No. 18-660 GBW/CG

BULL ROGERS, INC.,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

**THIS MATTER** came before the Court on a Rule 16 initial scheduling conference. Following a review of the parties' *Joint Status Report and Provisional Discovery Plan*, (Doc. 8), filed September 4, 2018. The Court adopts the *Joint Status Report and Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc. 14).

                                                       _____
                                                       THE HONORABLE CARMEN E. GARZA
                                                       CHIEF UNITED STATES MAGISTRATE JUDGE