**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MARVILLE MOWATT

    Plaintiff,

v.                                                              CV No. 18-660 KG/CG

BULL ROGERS, INC.,

    Defendant.

## **ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**THIS MATTER** is before the Court upon review of the record, and having conferred with counsel about a mutually-convenient date, time, and location, **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, November 13, 2018, at 2:30 p.m.**

Parties shall call Judge Garza's "Meet Me" line at (505) 348-2693 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Court's; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

 

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE