**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MARVILLE MOWATT

       Plaintiff,

v.                                         CV No. 18-660 KG/CG

BULL ROGERS, INC.,

       Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record, and having

conferred with counsel about a mutually-convenient date, time, and location, **IT IS**

**HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday,**

**January 8, 2019 at 2:00 p.m.**

       Parties shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts,

and enter access code 7467959, to be connected to the proceedings.

       **IT IS SO ORDERED.**

 

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE