## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MARVILLE MOWATT

    Plaintiff,

v.                                                                           CV No. 18-660 KG/CG

BULL ROGERS, INC.,

    Defendant.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the March 5, 2019 settlement conference, where the parties settled this matter, (Doc. 24).

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **April 5, 2019**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE